IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD H. POOLE,                                    Case No. 07-6316-HO

        Plaintiff,                          JUDGMENT

   v.

Commissioner of Social Security,

        Defendant.

   The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council for remand to the administrative law judge.  The ALJ shall take additional evidence regarding plaintiff's work at the mission and issue a new decision.

   DATED this ___11th___ day of December, 2008.

                                       s/ Michael R. Hogan
                                  United States District Judge