FILED '09 JAN 14 07:48 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TODD H. POOLE,**

Plaintiff,

v.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

Defendant.

Civil No. 07-6316-HO

**ORDER**

Attorney fees in the amount of $4,522.00 and costs in the amount of $43.52 and

expenses in the amount of $15.32 for a total of $4,580.84 is hereby awarded to Plaintiff

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 13th day of January, 2009.

_____
United States District Judge

Page 2 – STIPULATION AND ORDER REGARDING FEES AND EXPENSES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT